**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 14-cv-00133-CMA-CBS

DAMON WILLIAMS,

    Plaintiff,

v.

WEST ASSET MANAGEMENT, INC., a Delaware corporation,

    Defendant.

_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

    Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i) and Plaintiff's Notice of Dismissal With Prejudice (Doc. # 9), it is

    ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay his or its own attorney fees and costs.

    DATED:  March __11__, 2014

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Court Judge